UNITED STATES of America,
Plaintiff–Appellee,

v.

Benigno ROBLERO–RODRIGUEZ,
Defendant–Appellant.

No. 05–10570.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Benigno Roblero–Rodriquez raises arguments that are foreclosed by *United States v. Valdez–Sanchez,* 414 F.3d 539, 541 (5th Cir.2005), which held that the revocation of supervised release is not an "additional charge" within the meaning of the plea agreement provision barring the Government from bringing additional charges. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.